FILED
08 APR 11 AM 9:57

'08 MJ 1103

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> **Jesus BARRERA-Flores** ) <br> ) <br> Defendant. ) <br> ) <br> ) <br> _____) | Magistrate Case No. _____ <br><br> COMPLAINT FOR VIOLATION OF <br><br> Title 8, U.S.C., Section <br> 1324(a)(2)(B)(iii)- <br> Bringing in Illegal Alien(s) <br> Without Presentation (Felony) |

The undersigned complainant being duly sworn states:

On or about **April 10, 2008**, at the San Ysidro Port of Entry, within the Southern District of California, defendant **Jesus BARRERA-Flores**, with the intent to violate the immigration laws of the United States, knowing and in reckless disregard of the fact that aliens, namely, **Miguel Jose SOTO-Davalos, Brisia TREJO-Blanco, and Claudia VILLA-Cortez** had not received prior official authorization to come to, enter and reside in the United States, did bring to the United States said aliens, and upon arrival did not bring and present said aliens immediately to an appropriate immigration officer at a designated port of entry; in violation of Title 8, United States Code, Section 1324(a)(2)(B)(iii).

And the complainant states that this complaint is based on the attached statement of facts, which is incorporated herein by reference.

_____
SIGNATURE OF COMPLAINANT
Sara Esparagoza, United States Customs
and Border Protection Enforcement Officer

SWORN TO BEFORE ME AND SUBSCRIBED IN MY PRESENCE, THIS 11th DAY OF **April, 2008.**

_____
UNITED STATES MAGISTRATE JUDGE



## PROBABLE CAUSE STATEMENT

The complainant states that **Miguel Jose SOTO-Davalos, Brisia TREJO-Blanco, and Claudia VILLA-Cortez** are citizens of a country other than the United States; that said aliens have admitted they are deportable; that their testimony is material; that it is impracticable to secure their attendance at trial by subpoena; and that they are material witnesses in relation to this criminal charge and should be held or admitted to bail pursuant to Title 18, United States Code, Section 3144.

On April 10, 2008 at approximately 1515 hours, **Jesus BARRERA-Flores (Defendant)** made application for admission into the United States at the San Ysidro, California Port of Entry as the driver and sole visible occupant of a Ford E250 Van. Defendant presented a DSP-150 Laser Visa Card bearing the name of Humberto Sanoja Morell to a Customs and Border Protection (CBP) Officer. The CBP Officer asked Defendant for another identification and the vehicle registration, to which Defendant could not provide any of the two. The CBP Officer suspected Defendant to be an impostor to the document presented. Defendant and the vehicle were subsequently escorted to secondary for further inspection.

In secondary, Defendant was confirmed to be an impostor to the DSP-150. CBP Officers also removed sixteen individuals from within the rear cargo area of the vehicle. Three of the sixteen individuals were retained as Material Witnesses and are now identified as: **Miguel Jose SOTO-Davalos (MW1), Brisia TREJO-Blanco (MW2), and Claudia VILLA-Cortez (MW3)**. All three Material Witnesses were determined to be citizens of Mexico without legal documents to enter, pass-through, or reside in the United States.

During a videotape proceeding, Defendant was advised of his Miranda rights and elected to submit to questioning without benefit to counsel. Defendant admitted knowledge of the concealed undocumented aliens within the vehicle. Defendant admitted he was going to receive a discounted smuggling fee of $1,500.00 USD for driving the vehicle. Defendant stated that if he did not drive the vehicle he was to pay a total of $2,800.00 USD. Defendant stated he was taking the vehicle to a unknown location after successfully crossing the border.

On separate videotaped interviews, Material Witnesses admitted they are citizens of Mexico without legal documentation to enter the United States. MW1 and MW2 stated they were going to pay an unknown amount of money to be smuggled into the United States. MW3 stated she was going to pay $3,500.00 USD to be smuggled into the United States. Material Witnesses stated they were going to Los Angeles, California to seek employment.