UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

RECEIVED
U.S. MARSHAL
SOUTHERN DISTRICT OF
CALIFORNIA

2008 APR 21  P 4: 11

|  |  |
|---|---|
| UNITED STATES OF AMERICA, ) | CRIMINAL NO. **08 mj 1103** |
| Plaintiff ) |  |
| ) | ORDER |
| vs. ) |  |
| ) | RELEASING MATERIAL WITNESS |
| **Jesus Barrera-Flores** ) |  |
| ) | Booking No. |
| Defendant(s) ) |  |

On order of the United States District/Magistrate Judge, **Ruben Brooks**

IT IS HEREBY ORDERED that the following named person heretofore committed to the custody of the United States Marshal as a material witness be released from custody: (**Bond Posted** / Case Disposed / Order of Court).

**Miguel Jose Soto-Davalos**

DATED: **4/21/08**

UNITED STATES DISTRICT/MAGISTRATE JUDGE

RECEIVED _____
                        DUSM

OR

W. SAMUEL HAMRICK, JR.   Clerk

by _____
           Deputy Clerk

CLERK'S OFFICE COPY
mc500 Crim-25 rev. 8-95

☆ U.S. GPO: 2003-581-774/70062