UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

2008 MAY -6 P 3: 35

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 08 CR 1427-JLS |
| Plaintiff | ) | CRIMINAL NO. 08 MJ 1103 |
| vs. | ) | ORDER |
| | ) | RELEASING MATERIAL WITNESS |
| Jesus Barrera-Flores | ) | |
| Defendant(s) | ) | Booking No. |

On order of the United States ~~District~~/Magistrate Judge, **Ruben B. Brooks**

IT IS HEREBY ORDERED that the following named person heretofore committed to the custody of the United States Marshal as a material witness be released from custody: (Bond Posted / Case Disposed / **Order of Court**).

**Brisia Trejo-Blanco**

DATED: 5/6/08

_Ruben B. Brooks_
UNITED STATES DISTRICT/MAGISTRATE JUDGE

RECEIVED _____
DUSM

OR

W. SAMUEL HAMRICK, JR., Clerk
by _____
Deputy Clerk